IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 1:01CR00055 |
| David Stutz | ) | |
| | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named was sentenced to a period of 37 months imprisonment followed by two years supervised release on January 29, 2002. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated : __8/23__, 2005

Herman J. Weber
Senior United States District Judge