IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.              : CRIMINAL NO: CR-1-01-055
                              : JUDGE WEBER

**DAVID STUTZ,**

        **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

        Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney


        s/Deborah F. Sanders
        DEBORAH F. SANDERS (0043575)
        Assistant United States Attorney
        Southern District of Ohio
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio 43215-2401
        (614) 469-5715

# CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, David Stutz, 5631 State Rt. 125, West Union, OH 45693 by first class mail, postage prepaid, this 29th day of September, 2005.

                                      s/Deborah F. Sanders
                                      DEBORAH F. SANDERS (0043575)
                                      Assistant United States Attorney